No. 92–319.  BOARD OF COUNTY COMMISSIONERS OF SAN JUAN COUNTY *v.* LIBERTY GROUP ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 92–321.  ELDRIDGE *v.* EZELL ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 92–327.  KELLY *v.* TREE FARM DEVELOPMENT CORP. ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 92–328.  INGRAM ET AL. *v.* PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES.  Commw. Ct. Pa.  Certiorari denied.

No. 92–330.  COLLINS *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 92–331.  HARPER *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 92–334.  SOTELO SANCHEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–342.  NEILSON *v.* SUPERIOR COURT OF CALIFORNIA (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 92–345.  CAROLCO TELEVISION INC. *v.* NATIONAL BROADCASTING CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 92–347.  COX *v.* BOUDREAUX CIVIC ASSN., INC., ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 92–348.  BIBLE TEMPLE ET AL. *v.* OREGON EMPLOYMENT DIVISION ET AL.  Ct. App. Ore.  Certiorari denied.

No. 92–349.  LEAL ET AL. *v.* SUN OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–353.  GAMBOCZ *v.* MCCALLUM ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–354.  DeCARLO *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.